**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Douglas L. Tree,<br><br>　　　　　　　Defendant. | No. CR-01-00009-PHX-SMM<br><br>**DETENTION ORDER** |

　　　On August 25, 2014, defendant Douglas L. Tree appeared before this Court on a petition for revocation of supervised release.  The issue of detention was submitted to the Court.  The Court considered the petition and file in determining whether the defendant should be released on conditions set by the Court.

　　　The Court finds that the defendant, having previously been convicted and placed on supervised release, and having appeared before the Court in connection with a petition to revoke his supervised release, has failed to establish by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of the community if released pursuant to Rule 46(d), and Rule 32.1(a)(6), Federal Rules of Criminal Procedure, and 18 U.S.C. §3143.

　　　IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

　　　Dated this 25th day of August, 2014.

_____
JOHN A. BUTTRICK
United States Magistrate Judge